## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JERRIE HINDS and COURTNIE PATTERSON, individually and on behalf of all others similarly situated, | Case No. 1:20-cv-07692 |
| | Judge Pallmeyer |
| Plaintiffs, | |
| v. | |
| RESPONDUS, INC. and LEWIS UNIVERSITY, | |
| Defendants. | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### OF PLAINTIFF JERRIE HINDS' CLAIMS ONLY

Pursuant to and in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jerrie Hinds hereby voluntarily dismisses her claims in the above-entitled action without prejudice. Plaintiff Jerrie Hinds' claims were solely against Respondus, Inc. and not against Lewis University. Nothing in this dismissal is, or shall be construed to be, a dismissal of Plaintiff Courtnie Patterson's claims against Defendants.

Dated: January 22, 2021          Respectfully submitted,

                                              **/s/ Brian K. Murphy**
                                              Brian K. Murphy (6225697)
                                              Jonathan P. Misny
                                              Murray Murphy Moul + Basil LLP
                                              1114 Dublin Road
                                              Columbus, OH 43215
                                              Telephone: 614.488.0400
                                              Facsimile: 614.488.0401
                                              E-mail: murphy@mmmb.com
                                                                      misny@mmmb.com

Mary C. Turke
Turke & Strauss LLP
613 Williamson Street #201
Madison, WI 53703
Telephone: 608.237.1775
Facsimile: 608.509.4423
E-mail: mary@turkestrauss.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 508.221.1510
E-mail: anthony@paronichlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to counsel of record by operation of the court's electronic filing system.

/s/ Brian K. Murphy
Brian K. Murphy