# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Courtnie Patterson, et al.

                  Plaintiff,

v.

Respondus, INC., et al.

                  Defendant.

Case No.: 1:20–cv–07692
Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 25, 2021:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff Hinds having voluntarily withdrawn her claims, the Clerk is directed to correct the caption to reflect Ms. Patterson's name as that of the Plaintiff in this action. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.