IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COURTNIE PATTERSON, individually and on behalf of all others similarly situated, | : : : | Case No. 1:20-cv-07692 |
| Plaintiff, | : : | Judge Pallmeyer |
| v. | : : | |
| RESPONDUS, INC. and LEWIS UNIVERSITY, | : : : : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANT LEWIS UNIVERSITY'S MOTION TO DISMISS**

Plaintiff respectfully submits the attached supplemental authority in opposition to Defendant Lewis University's Motion to Dismiss: *Tims v. Black Horse Carriers, Inc.*, 2021 IL App (1st) 200563, ¶ 1.

In *Tims*, the plaintiff alleged that defendant violated the Illinois Biometric Privacy Act ("BIPA"), 740 ILCS 14/15(a)-(d), by scanning the fingerprints of plaintiff and its employees and storing and disseminating that biometric data. *Id.* ¶5. The defendant moved to dismiss, alleging that because BIPA does not contain a limitation period, plaintiff's BIPA claims were barred by the one-year statute of limitations period applicable to privacy actions under 735 ILCS 5/13-201. *Id.* ¶8. The Illinois Court of Appeals ruled that the one-year limitations period under section 13-201 only applies to BIPA claims under sections 15(c) and 15(d) because those sections implicate publication and disclosure. *Id.* ¶31. But, for BIPA claims under sections 15(a), 15(b), and 15(d), the five-year limitations period for "all civil actions not otherwise provided for" under 735 ILCS 5/13-205 applies. *Id.* ¶33.

1

Dated: October 4, 2021            Respectfully submitted,

                                               /s/ Mary C. Turke
                                               Mary C. Turke
Samuel J. Strauss
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
Email: mary@turkestrauss.com
Email: sam@turkestrauss.com

Brian K. Murphy (6225697)
Jonathan P. Misny
MURRAY MURPHY MOUL + BASIL LLP
1114 Dublin Road
Columbus, Ohio 43215
Telephone: (614) 488-0400
Facsimile: (614) 488-0401
Email: murphy@mmmb.com
Email: misny@mmmb.com

Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln St., Suite 2400
Hingham, Massachusetts 02043
Telephone: (508) 221-1510
Email: anthony@paronichlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to counsel of record by operation of the court's electronic filing system.

                                               /s/ Mary C. Turke
                                               Mary C. Turke