**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| COURTNIE PATTERSON, individually and on behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 20 C 7692 |
| RESPONDUS, INC. and LEWIS UNIVERSITY, | ) | Judge Rebecca R. Pallmeyer |
| Defendants. | ) | |

## CROSSCLAIM

NOW COMES Defendant/Cross-Plaintiff, LEWIS UNIVERSITY, by its attorneys, Tressler LLP, and for its Crossclaim against Defendant/Cross-Defendant, RESPONDUS, INC ("Respondus") states as follows:

## THE PARTIES

1. The Defendant/Cross-Plaintiff Lewis University is a private university located in Romeoville, Illinois.

2. Upon information and belief, the Defendant/Cross-Defendant Respondus is a Washington corporation with its principal place of business located at 8201 164th Ave NE, Suite 200, Redmond, Washington 98052.

3. Respondus is a self-described education company with "a deep understanding of online testing." RESPONDUS, https://web.respondus.com/about/ (last visited Dec. 7, 2022). For 20 years, Respondus has partnered with universities and other institutions of learning to develop "world-class educational technologies." Id.

EXHIBIT A

## GENERAL ALLEGATIONS

3. Plaintiff Courtnie Patterson ("Plaintiff") filed a Complaint against Lewis University and Respondus in this case, Case No. 1-20 cv 97692, alleging violations of the Biometric Information Privacy Act, 740 ILCS 14/15. (Dkt. 12).

4. Lewis University denies and continues to deny any liability for Plaintiff's claims.

5. In or around December 2017, Cross-Defendant, Respondus, sold Cross-Plaintiff, Lewis University, Respondus Monitor program for use in student assessments.

6. At all times relevant, Cross-Defendant, Respondus, failed to advise Lewis University that Respondus Monitor collected, captured, and/or stored biometric identifiers, information, and data when it knew or should have known it may violate the Biometric Information Privacy Act, 740 ILCS 14/1.

7. Based on the representations made by Cross-Defendant, Respondus, and reliance on the accuracy and superior knowledge of the subject matter expert, the Counter-Plaintiff, Lewis University, agreed to purchase Respondus Monitor.

## COUNT I – CONTRIBUTION

8. Cross- Plaintiff realleges and reasserts paragraphs 1 through 8 above.

9. At all times relevant, the Illinois Joint Tortfeasor Contribution Act, 740 ILCS 100/1, *et. seq.* was in full force and effect. The Contribution Acts gives tortfeasors the right to seek contribution from any other tortfeasor who would also be subject to liability for the same injury. The Contribution Act states, "[w]here 2 or more persons are subject to liability in tort arising out of the same injury to person or property… there is a right of contribution among them, even though judgment has not been entered against any or all of them." 740 ILCS 100/2.

10. Based on the allegations in Plaintiff's Complaint, Lewis University and Respondus may both be subject to liability in tort to Plaintiff.

11. If Lewis University and Respondus are found to be liable to Plaintiff, then Lewis University is entitled to contribution from Respondus based upon one or more of the following acts or omissions which caused or contributed, in whole or in part, to the Plaintiff's alleged injuries, in the following ways:

(a) Failing to inform Lewis University that Respondus Monitor collected, captured and/or stored facial scans, facial geometry, biometric identifiers, or biometric information;

(b) Failing to advise Lewis University that Respondus Monitor collected, captured, and/or stored biometric identifiers, information, and data when it knew or should have known it may violate the Biometric Information Privacy Act, 740 ILCS 14/1; and

(c) Failing to notify Lewis University that Respondus did not have any factual basis to substantiate its representations and assurances that Respondus's Monitor did not capture, collect and/or store biometric identifiers, information, and data.

13. Cross-Plaintiff, Lewis University, alleges that it is entitled to contribution from Respondus for any and all liability and damages that Lewis University may incur, may have paid, or may be required to pay to Plaintiff in the Lawsuit.

WHEREFORE, the Defendant/Cross-Plaintiff, Lewis University prays that if judgment is entered against it, and in favor of Plaintiff, that judgment also be entered in favor of Lewis University and against Cross-Defendant, Respondus, Inc, by way of contribution, as would be commensurate with the degree of fault attributable to Respondus, up to the limits allowed by law, plus costs and for any other relief this Court deems just and proper.

**COUNT II – EQUITABLE AND IMPLIED INDEMNITY**

14. Cross- Plaintiff realleges and readopts Paragraphs 1 through 14 above.

15. Defendant/Cross-Plaintiff Lewis University did not cause or contribute to the damages alleged in the Plaintiff's Complaint and the damages, if any, were caused in whole or in part by the actions and omissions of Cross-Defendant Respondus.

16. The allegations in the Complaint, which Lewis University denies and continues to deny, allege violations of the Biometric Information Privacy Act, 740 ILCS 14/1, resulting from the use of Respondus Monitor by students.

17. Lewis University did not cause or contribute to the damages alleged in Plaintiff's Complaint. The acts and omissions of Respondus, and its actual, implied, and/or apparent agents, servants and employees were the cause of any injuries and damages alleged and claimed in the Complaint.

18. Defendant/Cross-Plaintiff, Lewis University, alleges that Respondus and/or its agents were negligent in failing to take note of the shift in Illinois privacy laws governing the collection and use of biometric data.

19. To the extent that damages are awarded to Plaintiff Courtnie Patterson, or any other Plaintiff named in this Lawsuit, against Defendant/Cross-Plaintiff, Lewis University, then Cross-Plaintiff is entitled to equitable and implied indemnity from Respondus for its acts and omissions, which caused said damages, including the amount of settlement, judgment, interest, costs, and/or attorney's fees incurred in this action.

20. It has been necessary for Defendant/Cross-Plaintiff, Lewis University, to retain the services of an attorney to defend against Plaintiff's Complaint and to bring forth this Crossclaim. Accordingly, Defendant/Cross-Plaintiff, Lewis University, is entitled to reasonable attorney's fees and court costs incurred herein.

WHEREFORE, the Defendant/Cross-Plaintiff, Lewis University prays that this Court enter judgment against Defendant/Cross-Defendant, Respondus, Inc for any and all liability, judgment,

loss or expense, including but not limited to, costs of investigation and attorney's fees, in connection with the Lawsuit filed by Plaintiff, Courtnie Patterson, against Lewis University and for any other relief this Court deems just and proper.

**COUNT III – EQUITABLE ESTOPPEL**

21 Cross- Plaintiff realleges and readopts Paragraphs 1 through 20 above.

22. Defendant/Cross-Plaintiff Lewis University did not cause or contribute to the damages alleged in the Plaintiff's Complaint and the damages, if any, were caused in whole or in part by the actions and omissions of Cross-Defendant Respondus.

23. Respondus, Inc. engaged in a course of business practice designed to induce Lewis University to purchase software products and services under the guise of it being legally compliant with all Illinois laws and regulations.

24. Lewis University did not know nor had any reason to know the representations made by Respondus about the legality of Respondus Monitor were untrue.

25. Lewis University, in good faith, relied on the conduct, representations, and statements made by Respondus, Inc., that Respondus Monitor was compliant with Illinois laws to its detriment.

25. Respondus, Inc. knew or should have known that Respondus Monitor may collect, capture, and/or store biometric identifiers and data in violation of the Biometric Information Privacy Act, 740 ILCS 14/1.

26. In equity, Lewis University would be prejudiced by their reliance on Respondus, Inc's statements and representations if permitted to deny the same.

WHEREFORE, the Defendant/Cross-Plaintiff, Lewis University prays that this Court enter judgment against Defendant/Cross-Defendant, Respondus, Inc for any and all liability, judgment, loss or expense, including but not limited to, costs of investigation and attorney's fees, in

connection with the Lawsuit filed by Plaintiff, Courtnie Patterson, against Lewis University and for any other relief this Court deems just and proper.

Respectfully submitted,

LEWIS UNIVERSITY

By: /s/ Jennifer A. Dancy__________________
One of Its Attorneys

Darcy L. Proctor (dproctor@tresslerllp.com)
Jennifer A. Dancy (jdancy@tresslerllp.com)

Tressler LLP
233 South Wacker Drive, 61st Floor
Chicago, Illinois 60606
(312) 627-4000

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that she served a copy of **LEWIS UNIVERSITY'S CROSSCLAIM** upon the attorneys listed below by electronic means 11th day of December 2022.

| | |
|---|---|
| Samuel J. Strauss<br>Mary C. Turke<br>Raina Borelli<br>Brittany Resch<br>TURKE & STRAUSS LLP<br>613 Williamson Street, Suite 201<br>Madison, WI 53703<br>(608) 237-1775<br>sam@turkestrauss.com<br>mary@turkestrauss.com<br>raina@turkestrauss.com<br>brittanyr@turkestrauss.com<br><br>Brian K. Murphy<br>Jonathan P. Misny<br>MURRAY MURPHY MOUL + BASIL LLP<br>1114 Dublin Road<br>Columbus, OH 43215<br>(614) 488-0400<br>murphy@mmmb.com<br>misny@mmmb.com<br><br>Anthony I. Paronich<br>PARONICH LAW, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>(508) 221-1510<br>anthony@paronichlaw.com<br>Attorneys for Plaintiff | Matthew C. Wolfe<br>William F. Northrip<br>Tara D. Kennedy<br>SHOOK, HARDY & BACON L.L.P.<br>111 South Wacker Drive, Suite 4700<br>Chicago, IL 60606<br>Telephone: 312.704.7700<br>mwolfe@shb.com<br>wnorthrip@shb.com<br>tkennedy@shb.com<br><br>Tristan L. Duncan (pro hac vice)<br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>(816) 474-6550<br>tlduncan@shb.com<br>Attorneys for Defendant Respondus, Inc |

*/s/ Jennifer A. Dancy*
Attorney for Lewis University