IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COURTNIE PATTERSON, individually and on behalf of all a class of similarly situated individuals,<br><br>               Plaintiff,<br>   v.<br><br>RESPONDUS, INC. AND LEWIS UNIVERSITY,<br><br>               Defendants. | Case No. 1:20-cv-07692<br><br>Judge Rebecca R. Pallmeyer |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Courtnie Patterson and Defendants Respondus, Inc. and Lewis University stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to a dismissal with prejudice of all claims against all parties. Each party shall bear his or its own costs.

| | |
|---|---|
| Dated: October 4, 2023 | Dated: October 4, 2023 |
| Respectfully submitted, | Respectfully submitted, |
| By:<br>   MURRAY MURPHY MAUL + BASIL LLP<br>   Brian K. Murphy (ARDC#6225697)<br>   1114 Dublin Road<br>   Columbus, OH 43215<br>   Telephone: 614-488-0400<br>   murphy@mmmb.com<br><br>  /s/Brian K. Murphy<br><br>   TURKE & STRAUSS LLP<br>   Samuel J. Strauss (ARDC#6340331)<br>   Raina C. Borrelli<br>   Brittany Resch<br>   613 Williamson St., Suite 201 | By:<br>   SHOOK, HARDY & BACON LLP<br>   Matthew C. Wolfe<br>   William F. Northrip<br>   Tara D. Kennedy<br>   111 South Wacker Drive, Suite 4700<br>   Chicago, IL 60606<br>   Telephone: 312-704-7700<br>   mwolfe@shb.com<br>   wnorthrip@shb.com<br>   tkennedy@shb.com<br><br>  /s/Matthew C. Wolfe<br><br>   SHOOK, HARDY & BACON LLP<br>   Tristan L. Duncan |

Madison, WI 53703
Telephone: (608) 237-1775
sam@turkestrauss.com
raina@turkestrauss.com
brittanyr@turkestrauss.com

___/s/Samuel J. Strauss_____

PARONICH LAW, P.C.
Anthony I. Paronich
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: 508-221-1510
anthony@paronichlaw.com

___/s/Anthony I Paronich_____

*Attorneys for Plaintiff and the Proposed Class*

Emily A. Sellers
2555 Grand Blvd.
Kansas City, MO 64109
Telephone: 816-474-6550
tlduncan@shb.com
esellers@shb.com

___/s/Tristan L. Duncan_____

MUCH SHELIST, P.C.
Jason M. Rosenthal
191 North Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312-521-2000
jrosenthal@muchlaw.com

_____/s/Jason M. Rosenthal_____

*Attorneys for Defendant Respondus, Inc*

By:

TRESSLER LLP
Colette L. Kopon
Darcy L. Proctor
Jennifer A. Dancy
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
Telephone: 312-627-4000
ckopon@tresslerllp.com
dproctor@tresslerllp.com
jdancy@tresslerllp.com

____/s/Jennifer A. Dancy_____

*Attorneys for Defendant Lewis University*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to counsel of record by operation of the court's electronic filing system.

                                                 */s/ Samuel J. Strauss*
                                                 Samuel J. Strauss