## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Courtnie Patterson, et al.

                    Plaintiff,

v.                                                 Case No.: 1:20–cv–07692
                                                          Honorable Rebecca R. Pallmeyer

Respondus, INC., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 5, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to Stipulation of Dismissal with Prejudice filed on 10/4/2023 [147], this case is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear his or its own costs. Civil case terminated. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.